479 A.2d 1104

Commonwealth v. Reichard, Appellant.
Petition for Allowance of Appeal
Denied Jan. 7, 1985.

Argued February 21, 1984. John J. Kerrigan, Jr., for appellant; Jeffrey M. Williams, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and MONTGOMERY, JJ.

Judgment of sentence is affirmed.

479 A.2d 1105

Commonwealth v. Reider, Appellant.
Petition for Allowance of Appeal
Denied Jan. 28, 1985.

Submitted January 20, 1984. John F. Goryl, for appellant; John M. Eakin, District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and HESTER, JJ.

Order affirmed.